### UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13
PATRICK J. GREELEY
JANICE M. GREELEY                                         CASE NO. 11-83995

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **McHenry County Federal Credit Union**      Court claim #: (if known)

**Last four digits** of any number used to identify the debtor's account: 0072

| *Final Cure Amount* | |
| --- | --- |
| Amount of Prepetition Arrears | $2700.00 |
| Amount Paid by Trustee | $2700.00 |

| *Monthly ongoing Mortgage Payment* | |
| --- | --- |
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/3/2014                      /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

### Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of October, 2014.

Dated:   10/3/2014                      /s/Cynthia K. Burnard

MCHENRY COUNTY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY DEPT.
345  E CONGRESS PKWY
CRYSTAL LAKE, IL 60014

MCHENRY COUNTY FCU
327 E. JACKSON ST.
WOODSTOCK, IL  6098

PATRICK J. GREELEY
JANICE M. GREELEY
PO BOX 968
WOODSTOCK, IL  60098

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603